## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the PLAINTIFFS PALAZZO VINTAGE HOMES, LLC'S CORPORATE DISCLOSURE STATEMENT DATED SEPTEMBER 2, 2009 was served upon the following as listed below, by personal messenger, ABC Legal, on the below listed dates:

Urban Housing Development, LLC
c/o Roman Ozeruga
7530 N Willamette Blvd.
Portland, OR 97203

Served September 10, 2009

*Defendant*

Stewardship Realty
c/o Edward Ozeruga
7530 N WILLAMETTE BLVD
Portland, OR 97203

Served September 10, 2009

*Defendant*

Vladimir Ozeruga
2533 Remington Dr
West Linn, OR 97068

Served September 11, 2009

*Defendant*

_____
Brantley C. Shumaker, OSB No. 065093
Of Attorneys for Plaintiff