IN THE
U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC<br><br>Plaintiff/Petitioner<br><br>vs.<br>URBAN HOUSING DEVELOPMENT, LLC,<br>et al.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>09-CV-952-PK<br><br>AFFIDAVIT OF SERVICE OF:<br>**Summons in a Civil Action, First Amended Complaint, Civil Cover Sheet, Civil Case Assignment Order, and Corporate Disclosure Statement** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a resident of the state of service, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **10th day of** September, **2009, at 2:50 PM**, at the address of **7530 N WILLAMETTE Boulevard**, PORTLAND, **Multnomah(P)** County, **OR 97203**; this affiant served the above described documents upon **URBAN HOUSING DEVELOPMENT c/o ROMAN OZERUGA, R/A**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Doe/ who refused to** give name., **EMPLOYEE IN CHARGE, A white male approx. 30-35 years of age 5'8"-5'10" in height weighing 160-180 lbs with brown hair and a beard.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **16th day of September, 2009**.

_____
**David Gage, Multnomah, OR**

Service Fee Total: **$0.00**

SUBSCRIBED AND SWORN to before me this 16th day of September, 2009

_____
NOTARY PUBLIC in and for the State of **Oregon**
Residing at: _____
My Commission Expires: _____

FOR: **Kolisch Hartwell Dickson ET AL**   ORIGINAL PROOF OF
REF: **Palazzo v. Urban Housing**                    SERVICE

Tracking #: **5981205** PDX

OFFICIAL SEAL
R G LEE ROSKE
NOTARY PUBLIC - OREGON
COMMISSION NO. 426188
MY COMMISSION EXPIRES MAY 11, 2012