

STEWARDSHIP REALTY, LLC
7530 N. Willamette Blvd.
Portland, OR 97203
Telephone: 503-477-8313
Facsimile: 503-477-8205
E-Mail:  pdxhmpro@gmail.com

FILED'09 OCT 8 16:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PALAZZO VINTAGE HOMES, LLC, an
Oregon company,

           Plaintiff,

   v.

URBAN HOUSING DEVELOPMENT, LLC,
an Oregon company, STEWARDSHIP
REALTY, an Oregon company, DEZ
DRAFTING & DESIGN LLC, an Oregon
company and VLADIMIR OZERUGA, an
individual,

           Defendants.

Case No. 09-CV-952-PK

ANSWER TO PLAINTIFF'S
COMPLAINT by Defendant
STEWARDSHIP REALTY,
LLC

Demand for Jury Trial

COMES NOW Defendant Stewardship Realty, LLC, and for answer to the Amended

Complaint of Plaintiff on file herein, hereby alleges as follows:

Page 1 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT STEWARDSHIP
       REALTY, LLC

1.

This answering defendant admits the allegations set forth in Paragraph 9 of Plaintiff's Amended Complaint. This answering defendant denies each and every other allegation of plaintiff's amended complaint for the reasons that they are either not true, or that the allegations are improper opinions and conclusions of law, or for the reason that as of this date, this answering defendant does not have sufficient information to form a belief as to the truth or falsity of the allegations, and therefore, must deny them at this time.

WHEREFORE, having fully answered Plaintiff's Amended Complaint on file herein, Defendant Stewardship Realty LLC prays that Plaintiff's Amended Complaint be dismissed, and that defendant Stewardship Realty LLC have judgment in its favor, and against Plaintiff, for its costs an disbursements incurred herein, including expert witness fees, to be fixed by the Court.

DATED October 8, 2009.

STEWARDSHIP REALTY, LLC

by: _____
Edward Ozeruga, president of Stewardship Realty, LLC

Page 2 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT STEWARDSHIP REALTY, LLC