

URBAN HOUSING DEVELOPMENT, LLC
PO Box 11930
Portland, OR 97211
Telephone: 503-998-8444
Facsimile: 503-296-2622
E-Mail: cgrhomes@yahoo.com

FILED'09 OCT 8 16:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PALAZZO VINTAGE HOMES, LLC, an Oregon company,

        Plaintiff,

v.

URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual,

        Defendants.

Case No. 09-CV-952-PK

ANSWER TO PLAINTIFF'S COMPLAINT by Defendant URBAN HOUSING DEVELOPMENT LLC

Demand for Jury Trial

COMES NOW Defendant Urban housing Development LLC and for answer to the Amended Complaint of Plaintiff on file herein, hereby alleges as follows:

Page 1 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT URBAN HOUSING DEVELOPMENT LLC

1.

This answering defendant admits the allegations set forth in Paragraph 8 of Plaintiff's Amended Complaint; that it constructed a home located at 8160 N. Haven Avenue in Portland, Oregon. This answering defendant denies each and every other allegation of plaintiff's amended complaint for the reasons that they are either not true, or that the allegations are improper opinions and conclusions of law, or for the reason that as of this date, this answering defendant does not have sufficient information to form a belief as to the truth or falsity of the allegations, and therefore, must deny them at this time.

WHEREFORE, having fully answered Plaintiff's Amended Complaint on file herein, Defendant Urban Housing Development LLC prays that Plaintiff's Amended Complaint be dismissed, that it have judgment in its favor, and against plaintiff, for its costs and disbursements, and expert witness fees, incurred herein.

DATED October 8, 2009.

                URBAN HOUSING DEVELOPMENT, LLC

by: _____
                Roman Ozeruga, president of Urban Housing
                Development LLC, Defendant

Page 2 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT URBAN HOUSING DEVELOPMENT LLC