

VLADIMIR OZERUGA
PO Box 11778
Portland, OR 97211
Telephone: 503-969-8395
Facsimile: 503-655-1322
E-Mail: Ozeruga@hotmail.com

FILED'09 OCT 8 16:34 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PALAZZO VINTAGE HOMES, LLC, an
Oregon company,

        Plaintiff,

v.

URBAN HOUSING DEVELOPMENT, LLC,
an Oregon company, STEWARDSHIP
REALTY, an Oregon company, DEZ
DRAFTING & DESIGN LLC, an Oregon
company and VLADIMIR OZERUGA, an
individual,

        Defendants.

Case No. 09-CV-952-PK

ANSWER TO PLAINTIFF'S
COMPLAINT by Defendant
VLADIMIR OZERUGA

Demand for Jury Trial

        COMES NOW Defendant Vladimir Ozeruga and for answer to the Amended Complaint of Plaintiff on file herein, hereby alleges as follows:

Page 1 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT VLADIMIR OZERUGA

1.

This answering defendant admits the allegations set forth in Paragraph 11 of Plaintiff's Amended Complaint. This answering defendant denies each and every other allegation of plaintiff's amended complaint for the reasons that they are either not true, or that the allegations are improper opinions and conclusions of law, or for the reason that as of this date, this answering defendant does not have sufficient information to for a belief as to the truth or falsity of the allegations, and therefore, must deny them at this time.

WHEREFORE, having fully answered Plaintiff's Amended Complaint on file herein, Defendant Vladimir Orezuga prays that Plaintiff's Amended Complaint be dismissed, that he have judgment in his favor, and against plaintiff, for his costs and disbursements incurred herein.

DATED October 8, 2009.

_____
Vladimir Ozeruga, Defendant

Page 2 - ANSWER TO AMENDED COMPLAINT BY DEFENDANT VLADIMIR OZERUGA