URBAN HOUSING DEVELOPMENT, LLC
PO Box 11930
Portland, OR 97211
Telephone: 503-998-8444
Facsimile: 503-296-2622
E-Mail: cgrhomes@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC, an Oregon company, | |
| Plaintiff, | Case No. 09-CV-952-PK |
| v. | |
| URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual, | DISCLOSURE STATEMENT<br><br>Demand for Jury Trial |
| Defendants. | |

Urban Housing Development, LLC, is an Oregon company. There is no parent corporation or publicly held corporation that holds 10% or more of its stock.

URBAN HOUSING DEVELOPMENT, LLC

by: _____
Roman Ozeruga, president of Urban Housing Development LLC, Defendant

Page 1 - DISCLOSURE STATEMENT