

STEWARDSHIP REALTY, LLC
7530 N. Willamette Blvd.
Portland, OR 97203
Telephone: 503-477-8313
Facsimile: 503-477-8205
E-Mail: pdxhmpro@gmail.com

FILED'09 OCT 8 16:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC, an Oregon company, | |
| Plaintiff, | Case No. 09-CV-952-PK |
| v. | |
| URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual, | DISCLOSURE STATEMENT |
| Defendants. | |

Stewardship Realty, LLC, is an Oregon company. There is no parent corporation or publicly held corporation that holds 10% or more of its stock.

Stewardship Realty, LLC,

by: _____
Edward Ozeruga, president of
Stewardship Realty, LLC

Page 1 - DISCLOSURE STATEMENT