**Renée E. Rothauge**, OSB #903712
E-Mail: renee.rothauge@bullivant.com
**Susan L. Ford**, OSB #970362
E-Mail: susan.ford@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND)

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual,<br><br>            Defendants. | Civil No.: 09-CV-952-PK<br><br>**NOTICE OF APPEARANCE** |

      YOU AND EACH OF YOU will please take notice that defendants Urban Housing Development, LLC, Stewardship Realty, LLC and Vladimir Ozeruga appears in the above-entitled cause, without waiving any defenses, including lack of jurisdiction or insufficiency of service of process, by the undersigned attorney and requests that all further papers and

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF APPEARANCE**
**Page 1**

pleadings herein, except original process, be served upon the following attorneys:

Renée E. Rothauge
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
(503) 228-6351

Susan L. Ford
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
(503) 228-6351

DATED:  November 4, 2009

BULLIVANT HOUSER BAILEY PC

By /s/ Susan L. Ford
   **Renée E. Rothauge,** OSB #903712
   **Susan L. Ford,** OSB #970362
   Telephone: 503.228.6351
   Attorneys for Defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga

12115680.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

NOTICE OF APPEARANCE
Page 2