**Renée E. Rothauge**, OSB #903712
E-Mail: renee.rothauge@bullivant.com
**Susan L. Ford**, OSB #970362
E-Mail: susan.ford@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND)

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual,<br><br>        Defendants. | Civil No.: 09-CV-952-JE<br><br>**NOTICE OF ASSOCIATION OF COUNSEL - RENEE E. ROTHAUGE** |

      PLEASE TAKE NOTICE that Renée E. Rothauge of the law firm of Bullivant

Houser Bailey, PC, 300 Pioneer Tower, 888 SW Fifth Avenue, Portland, Oregon 97204-

///

///

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF ASSOCIATION OF COUNSEL - RENEE E. ROTHAUGE**
**Page 1**

2089, is hereby associated with Susan L. Ford of the same firm, as counsel for Defendants Urban Housing Development, Stewardship Realty and Vladimir Ozeruga.

DATED:  November 17, 2009

        BULLIVANT HOUSER BAILEY PC

By  /s/ Renée E. Rothauge
**Renée E. Rothauge,** OSB #903712
**Susan L. Ford,** OSB #970362
Telephone: 503.228.6351
Attorneys for Defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga

12139455.1

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

NOTICE OF ASSOCIATION OF COUNSEL - RENEE E. ROTHAUGE
Page 2