**Renée E. Rothauge**, OSB #903712
E-Mail: renee.rothauge@bullivant.com
**Susan L. Ford**, OSB #970362
E-Mail: susan.ford@bullivant.com
**Laura Caldera Taylor**, OSB #993786
E-Mail: laura.taylor@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - (PORTLAND)

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, an Oregon company, DEZ DRAFTING & DESIGN LLC, an Oregon company and VLADIMIR OZERUGA, an individual,<br><br>Defendants. | Civil No.: 09-CV-952-JE<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Susan L. Ford of the firm of Bullivant Houser Bailey PC hereby withdraws as attorney for defendants Urban Housing Development, LLC, Stewardship Realty, LLC, and Vladimir Ozeruga and consents to the substitution of Laura Caldera Taylor of the firm of Bullivant Houser Bailey PC in her place. All future papers,

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**Page 1**

pleadings, and correspondence should be directed to Laura Caldera Taylor at the following address:

    Laura Caldera Taylor, OSB #993786
    Bullivant Houser Bailey PC
    888 SW 5th Avenue, Suite 300
    Portland, OR 97204
    (503) 228-6351; FAX: (503) 295-0915
    laura.taylor@bullivant.com

This Notice of Withdrawal and Substitution of Counsel will be effective immediately without further notice.

DATED this 30th day of December, 2009.

**Substituting attorneys:**

BULLIVANT HOUSER BAILEY PC

BY /s/ Laura Caldera Taylor
    Laura Caldera Taylor, OSB #993786
    E-Mail: laura.taylor@bullivant.com
    888 SW 5th Avenue, Suite 300
    Portland, OR 97204
    (503) 228-6351

**WITHDRAWING attorneys:**

BULLIVANT HOUSER BAILEY PC

BY /s/ Susan L. Ford
    Susan L. Ford, OSB #970362
    E-Mail: susan.ford@bullivant.com
    888 SW 5th Avenue, Suite 300
    Portland, OR 97204
    (503) 228-6351

12216942.1 34386-70000

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**Page 2**