**PETER E. HEUSER, OSB No. 811281**
Email: heuser@khpatent.com
**BRANTLEY C. SHUMAKER, OSB No. 065093**
Email: brantley@khpatent.com
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Phone: 503-224-6655
Facsimile: 503-295-6679

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PALAZZO VINTAGE HOMES, LLC**, an Oregon company,<br><br>**PLAINTIFF**,<br><br>v.<br><br>**URBAN HOUSING DEVELOPMENT, LLC**, an Oregon company, **STEWARDSHIP REALTY, LLC**, an Oregon company, **DEZ DRAFTING & DESIGN, LLC**, an Oregon company, **VLADIMIR OZERUGA**, an individual, **E & O VENTURES, LLC**, an Oregon Company and **SLAVIK DEZHNYUK**, an individual,<br><br>**DEFENDANTS**. | Case No. CV09-0952-JE<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEZ DRAFTING & DESIGN, LLC** |

TO: THE CLERK OF THE COURT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55, Plaintiff Palazzo Vintage Homes, LLC ("Plaintiff"), through its attorneys of record, hereby respectfully requests

Page 1  – REQUEST TO ENTER DEFAULT AGAINST DEZ DRAFTING & DESIGN, LLC
    Case No. CV09-0952-JE

that the Clerk of the above-entitled Court enter default in this matter against defendant DEZ Drafting & Design LLC ("DEZ") on the ground that DEZ has failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Second Amended Complaint on DEZ on January 8, 2010, as evidenced by the certificate of service on file with this Court.

DATED this 1st day of February, 2010.

Respectfully submitted,

KOLISCH HARTWELL, P.C.

/s/ Brantley C. Shumaker
Brantley C. Shumaker, OSB No. 065093
*of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the REQUEST TO ENTER DEFAULT AGAINST DEZ DRAFTING & DESIGN, LLC was served upon the following, and in the manner, as listed below:

Laura Taylor
Renee Rothauge
Bullivant Houser Bailey, PC
888 S.W. Fifth Avenue, Suite 300
Portland, OR 97204-2089
Susan.Ford@bullivant.com
Renee.Rothauge@bullivant.com

*Of Attorneys for Defendants Urban Housing Development, Stewardship Realty, and Vladimir Ozeruga*.

by first class and electronic mail

Slavik Dezhnyuk
2866 Warwick Street
West Linn, OR 97068

*Defendant*

by first class mail and electronic mail

on February 1, 2010.

DEZ Drafting and Design, LLC
c/o Slavik Dezhnyuk
2866 Warwick Street
West Linn, OR 97068

*Defendant*

by first class mail and electronic mail

E & O Ventures, LLC
c/o Olga Ozeruga
7530 N. Willamette Blvd.
Portland, OR 97203

*Defendant*

by first class mail

      /s/ Brantley Shumaker
Brantley C. Shumaker, OSB No. 065093
Of Attorneys for Plaintiff