SLAVIK DEZHNYUK
2866 WARWICK ST
WEST LINN, OR 97068
(503) 209-7561

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC, an Oregon Company,<br><br>Plaintiff,<br><br>URBAN HOUSING DEVELOPMENT, LLC, STEWARDSHIP REALTY, LLC, DEZ DRAFTING & DESIGN, LLC, VLADIMIR OZERUGA, E & O VENTURES, LLC and SLAVIK DEZHNYUK<br><br>Defendants, | Case No. CV09-0952-JE<br><br>**ANSWER OF DEFENDANT SLAVIK DEZHNYUK TO SECOND AMENDED COMPLAINT** |

## ANSWER

COMES NOW, SLAVIK DEZHNYUK, defendant and hereby answers the Plaintiff's Second Amended Complaint as follows:

1. In answer to paragraph one of Plaintiff's Second Amended Complaint the defendant admits the allegations contained therein.

2. In answer to paragraph two of Plaintiff's Second Amended Complaint the defendant admits the allegations contained therein.

3. In answer to paragraph three of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

- 1 ANSWER

4. In answer to paragraph four of Plaintiff's Second Amended Complaint the defendant admits the allegations contained therein.

5. In answer to paragraph five of Plaintiff's Second Amended Complaint the defendant admits the allegations contained therein.

6. In answer to paragraph six of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

7. In answer to paragraph seven of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

8. In answer to paragraph eight of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

9. In answer to paragraph nine of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

10. In answer to paragraph ten of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

11. In answer to paragraph eleven of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

12. In answer to paragraph twelve of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

13. In answer to paragraph thirteen of Plaintiff's Second Amended Complaint the defendant admits that he is an individual and resides in the State of Oregon and denies each other allegation contained therein.

14. In answer to paragraph fourteen of Plaintiff's Second Amended Complaint the defendant reasserts answers to preceding paragraphs.

15. In answer to paragraph fifteen of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

16. In answer to paragraph sixteen of Plaintiff's Second Amended

- 2 ANSWER

1 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
2 denies the same.

3     17. In answer to paragraph seventeen of Plaintiff's Second Amended
4 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
5 denies the same.

6     18. In answer to paragraph eighteen of Plaintiff's Second Amended
7 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
8 denies the same.

9     19. In answer to paragraph nineteen of Plaintiff's Second Amended
10 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
11 denies the same.

12     20. In answer to paragraph twenty of Plaintiff's Second Amended Complaint
13 the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

14     21. In answer to paragraph twenty one of Plaintiff's Second Amended
15 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
16 denies the same.

17     22. In answer to paragraph twenty two of Plaintiff's Second Amended
18 Complaint the defendant lacks sufficient knowledge to admit or deny and thereby
19 denies the same.

20     23. In answer to paragraph twenty three of Plaintiff's Second Amended
21 Complaint the defendant denies the allegations contained therein.

22     24. In answer to paragraph twenty four of Plaintiff's Second Amended
23 Complaint the defendant denies the allegations contained therein.

24     25. In answer to paragraph twenty five of Plaintiff's Second Amended
25 Complaint the defendant denies the allegations contained therein.

26     26. In answer to paragraph twenty six of Plaintiff's Second Amended

- 3 ANSWER

Complaint the defendant denies the allegations contained therein.

27. In answer to paragraph twenty seven of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

28. In answer to paragraph twenty eight of Plaintiff's Second Amended Complaint the defendant reasserts the answers contained in the preceding paragraphs.

29. In answer to paragraph twenty nine of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

30. In answer to paragraph thirty of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

31. In answer to paragraph thirty one of Plaintiff's Second Amended Complaint the defendant lacks sufficient knowledge to admit or deny and thereby denies the same.

32. In answer to paragraph thirty two of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

33. In answer to paragraph thirty three of Plaintiff's Second Amended Complaint the defendant denies the allegations contained therein.

**PRAYER**

WHEREFORE, defendant SLAVIK DEZHNYUK has fully answered the Plaintiff's Second Amended Complaint and hereby prays for the following relief:

1. Dismissal of Plaintiff's claims;
2. For an award of fees and costs for defense of this matter; and
3. Any further relief that the Court may deem just and equitable.

- 4 ANSWER

RESPECTFULLY SUBMITTED this 16TH day of February, 2010.

_____
Slavik Dezhnyuk

- 5 ANSWER