**PETER E. HEUSER, OSB No. 811281**
Email: pheuser@schwabe.com
SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Ave., Ste. 1900 Portland, OR 97204
Phone: 503-796-2424
Facsimile: 503-796-2900


**BRANTLEY C. SHUMAKER, OSB No. 065093**
Email: brantley@khpatent.com
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Phone: 503-224-6655
Facsimile: 503-295-6679

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **PALAZZO VINTAGE HOMES, LLC**, an Oregon company,<br><br>    Plaintiff,<br><br>    v.<br><br>**URBAN HOUSING DEVELOPMENT, LLC**, an Oregon company, **STEWARDSHIP REALTY, LLC**, an Oregon company, **DEZ DRAFTING & DESIGN, LLC**, an Oregon company, **VLADIMIR OZERUGA**, an individual, **E & O VENTURES, LLC**, an Oregon Company and **SLAVIK DEZHNYUK**, an individual,<br><br>    Defendants. | 09-CV-00952-JE<br><br>**NOTICE OF WITHDRAWAL OF BRANTLEY C. SHUMAKER AND KOLISCH HARTWELL, P.C.** |

Page 1 -    NOTICE OF WITHDRAWAL OF BRANTLEY C. SHUMAKER
           AND KOLISCH HARTWELL, P.C.; Case No. 09-CV-00952-JE

      Brantley C. Shumaker and Kolisch Hartwell, P.C. hereby file this Notice of Withdrawal as counsel for Plaintiff Palazzo Vintage Homes, LLC. Plaintiff's counsel requests that the withdrawal be effective as to all aspects of the above-captioned matter. Co-counsel Peter Heuser has recently left Kolisch Hartwell, and is now at Schwabe, Williamson & Wyatt. It is our understanding that Mr. Heuser and his new firm are representing plaintiff.

                                             Respectfully submitted,

                                             KOLISCH HARTWELL, P.C.

Dated:   June 11, 2010               /s/ Brantley C. Shumaker
                                           Brantley C. Shumaker, OSB No. 065093
                                           Withdrawing Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2010 a true and correct copy of NOTICE OF WITHDRAWAL OF BRANTLEY C. SHUMAKER AND KOLISCH HARTWELL, P.C. was served upon the following, and in the manner, as listed below:

| | |
|---|---|
| Laura Taylor<br>Renee Rothauge<br>Bullivant Houser Bailey, PC<br>888 S.W. Fifth Ave., Suite 300<br>Portland, OR 97204-2089<br>Renee.Rothauge@bullivant.com<br>laura.taylor@bullivant.com<br><br>*Of Attorneys for Defendants Urban Housing Development, Stewardship Realty, Vladimir Ozeruga and E & O Ventures*<br><br>via CM/ECF | Slavik Dezhnyuk<br>2866 Warwick Street<br>West Linn, OR 97068<br><br>*Defendant*<br><br>By first class mail |

/s/ Brantley C. Shumaker
Brantley C. Shumaker, OSB No. 065093
Withdrawing Attorney for Plaintiff

Page 1 -      CERTIFICATE OF SERVICE