```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 43 (43)

11/19/09 01      DOCUMENT PRODUCTION                 30.60 *   B   0240      5924068
11/23/09 01      DOCUMENT PRODUCTION                  0.40 *   B   0240      5925201
11/25/09 01      DOCUMENT PRODUCTION                 27.20 *   B   0240      5926060
12/01/09 01      DOCUMENT PRODUCTION                  9.80 *   B   0240      5927028
12/29/09 01      DOCUMENT PRODUCTION                  8.00 *   B   0240      5936694
01/05/10 01      DOCUMENT PRODUCTION                 13.60 *   B   0240      5939279
01/07/10 01      DOCUMENT PRODUCTION                 30.60 *   B   0240      5941118
01/14/10 01      DOCUMENT PRODUCTION                 35.40 *   B   0240      5943813
01/14/10 01      DOCUMENT PRODUCTION                  0.40 *   B   0240      5943814
01/14/10 01      DOCUMENT PRODUCTION                  3.80 *   B   0240      5943815
01/14/10 01      DOCUMENT PRODUCTION                 11.60 *   B   0240      5943816
01/14/10 01      DOCUMENT PRODUCTION                  0.60 *   B   0240      5943817
01/14/10 01      DOCUMENT PRODUCTION                 24.00 *   B   0240      5943818
01/14/10 01      DOCUMENT PRODUCTION                  1.60 *   B   0240      5943819
01/15/10 01      DOCUMENT PRODUCTION                  0.20 *   B   0240      5944575
01/15/10 01      DOCUMENT PRODUCTION                 (0.20)*   B   0240      5944574
01/19/10 01      DOCUMENT PRODUCTION                 17.60 *   B   0240      5945278
01/21/10 01      DOCUMENT PRODUCTION                  0.60 *   B   0240      5946269
01/25/10 01      DOCUMENT PRODUCTION                  0.80 *   B   0240      5947501
01/25/10 01      DOCUMENT PRODUCTION                  1.40 *   B   0240      5947502
02/02/10 01      DOCUMENT PRODUCTION                  7.60 *   B   0240      5950604
02/02/10 01      DOCUMENT PRODUCTION                  0.40 *   B   0240      5950605
02/02/10 01      DOCUMENT PRODUCTION                  0.20 *   B   0240      5950606
02/02/10 01      DOCUMENT PRODUCTION                 14.80 *   B   0240      5950607
02/03/10 01      DOCUMENT PRODUCTION                  0.60 *   B   0240      5951104
02/03/10 01      DOCUMENT PRODUCTION                 17.20 *   B   0240      5951105
02/04/10 01      DOCUMENT PRODUCTION                  2.40 *   B   0240      5951603
02/04/10 01      DOCUMENT PRODUCTION                  0.80 *   B   0240      5951601
02/09/10 01      DOCUMENT PRODUCTION                 31.00 *   B   0240      5953502
02/10/10 01      DOCUMENT PRODUCTION                 31.60 *   B   0240      5953918
02/12/10 01      DOCUMENT PRODUCTION                 20.40 *   B   0240      5954965
02/12/10 01      DOCUMENT PRODUCTION                 19.00 *   B   0240      5954966
02/17/10 01      DOCUMENT PRODUCTION                  7.00 *   B   0240      5955948
02/17/10 01      DOCUMENT PRODUCTION                 10.00 *   B   0240      5955949
02/24/10 01      DOCUMENT PRODUCTION                  4.80 *   B   0240      5959241
02/24/10 01      DOCUMENT PRODUCTION                  3.40 *   B   0240      5959242
02/24/10 01      DOCUMENT PRODUCTION                  4.80 *   B   0240      5959243
03/10/10 01      DOCUMENT PRODUCTION                  1.60 *   B   0240      5964995
03/10/10 01      DOCUMENT PRODUCTION                 21.40 *   B   0240      5964996
03/16/10 01      DOCUMENT PRODUCTION                  6.80 *   B   0240      5967799
03/16/10 01      DOCUMENT PRODUCTION                  1.00 *   B   0240      5967800
03/22/10 01      DOCUMENT PRODUCTION                 20.00 *   B   0240      5969453
03/22/10 01      DOCUMENT PRODUCTION                  1.60 *   B   0240      5969454
04/05/10 01      DOCUMENT PRODUCTION                 22.60 *   B   0240      5974476
04/06/10 01      DOCUMENT PRODUCTION                 13.60 *   B   0240      5974795
04/06/10 01      DOCUMENT PRODUCTION                  0.80 *   B   0240      5974796
04/07/10 01      DOCUMENT PRODUCTION                 16.00 *   B   0240      5976053
04/12/10 01      DOCUMENT PRODUCTION                  0.60 *   B   0240      5977148
04/12/10 01      DOCUMENT PRODUCTION                  1.20 *   B   0240      5977147
04/16/10 01      DOCUMENT PRODUCTION                  7.80 *   B   0240      5979031
04/16/10 01      DOCUMENT PRODUCTION                  7.80 *   B   0240      5979032
04/23/10 01      DOCUMENT PRODUCTION                  1.40 *   B   0240      5981164
04/23/10 01      DOCUMENT PRODUCTION                  5.80 *   B   0240      5981165
04/26/10 01      DOCUMENT PRODUCTION                 15.20 *   B   0240      5981739
```

Handwritten annotations:
- "1005 Discovery responses" (bracketing entries 11/25/09 through 02/02/10)
- "Discovery" (bracketing entries through 04/05/10)
- "Deposition Prep" (bracketing later entries)
- "Exhibit 1 — Page 1 of 9 Pages"

DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 44 (44)

| Date | | Description | Amount | | Code | Ref |
|---|---|---|---|---|---|---|
| 04/27/10 | 01 | DOCUMENT PRODUCTION | 5.00 * | B | 0240 | 5982037 |
| 04/29/10 | 01 | DOCUMENT PRODUCTION | 53.20 * | B | 0240 | 5982757 |
| 04/29/10 | 01 | DOCUMENT PRODUCTION | 34.20 * | B | 0240 | 5982758 |
| 05/03/10 | 01 | DOCUMENT PRODUCTION | 19.20 * | B | 0240 | 5983777 |
| 05/03/10 | 01 | DOCUMENT PRODUCTION | 3.80 * | B | 0240 | 5983778 |
| 05/03/10 | 01 | DOCUMENT PRODUCTION | 3.80 * | B | 0240 | 5983779 |
| 05/03/10 | 01 | DOCUMENT PRODUCTION | 26.80 * | B | 0240 | 5983780 |
| 05/03/10 | 01 | DOCUMENT PRODUCTION | 1.60 * | B | 0240 | 5983781 |
| 05/05/10 | 01 | DOCUMENT PRODUCTION | 6.40 * | B | 0240 | 5984374 |
| 05/07/10 | 01 | DOCUMENT PRODUCTION | 42.60 * | B | 0240 | 5985192 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 34.40 * | B | 0240 | 5985826 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 0.60 * | B | 0240 | 5985827 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 2.40 * | B | 0240 | 5985828 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 0.60 * | B | 0240 | 5985829 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 6.60 * | B | 0240 | 5985830 |
| 05/10/10 | 01 | DOCUMENT PRODUCTION | 0.40 * | B | 0240 | 5985825 |
| 05/11/10 | 01 | DOCUMENT PRODUCTION | 34.80 * | B | 0240 | 5986284 |
| 05/11/10 | 01 | DOCUMENT PRODUCTION | 82.00 * | B | 0240 | 5986285 |
| 05/11/10 | 01 | DOCUMENT PRODUCTION | 10.00 * | B | 0240 | 5986286 |
| 05/11/10 | 01 | DOCUMENT PRODUCTION | 54.00 * | B | 0240 | 5986287 |
| 05/12/10 | 01 | DOCUMENT PRODUCTION | 16.80 * | B | 0240 | 5986722 |
| 05/12/10 | 01 | DOCUMENT PRODUCTION | 24.80 * | B | 0240 | 5986723 |
| 05/12/10 | 01 | DOCUMENT PRODUCTION | 8.60 * | B | 0240 | 5986721 |
| 05/13/10 | 01 | DOCUMENT PRODUCTION | (0.20)* | B | 0240 | 5987313 |
| 05/18/10 | 01 | DOCUMENT PRODUCTION | 51.20 * | B | 0240 | 5988911 |
| 05/19/10 | 01 | DOCUMENT PRODUCTION | 54.60 * | B | 0240 | 5989380 |
| 05/19/10 | 01 | DOCUMENT PRODUCTION | 36.00 * | B | 0240 | 5989381 |
| 05/20/10 | 01 | DOCUMENT PRODUCTION | 3.00 * | B | 0240 | 5989732 |
| 05/21/10 | 01 | DOCUMENT PRODUCTION | 7.60 * | B | 0240 | 5990096 |
| 05/21/10 | 01 | DOCUMENT PRODUCTION | 4.40 * | B | 0240 | 5990097 |
| 05/21/10 | 01 | DOCUMENT PRODUCTION | 31.40 * | B | 0240 | 5990095 |
| 05/24/10 | 01 | DOCUMENT PRODUCTION | 42.60 * | B | 0240 | 5990687 |
| 05/28/10 | 01 | DOCUMENT PRODUCTION | 1.20 * | B | 0240 | 5992549 |
| 06/02/10 | 01 | DOCUMENT PRODUCTION | 4.60 * | B | 0240 | 5993318 |
| 06/03/10 | 01 | DOCUMENT PRODUCTION | 35.80 * | B | 0240 | 5993781 |
| 06/03/10 | 01 | DOCUMENT PRODUCTION | 15.40 * | B | 0240 | 5993782 |
| 06/03/10 | 01 | DOCUMENT PRODUCTION | 10.80 * | B | 0240 | 5993783 |
| 06/11/10 | 01 | DOCUMENT PRODUCTION | 21.80 * | B | 0240 | 5997155 |
| 06/17/10 | 01 | DOCUMENT PRODUCTION | 4.34 * | B | 0240 | 5998804 |
| 06/24/10 | 01 | DOCUMENT PRODUCTION | 8.68 * | B | 0240 | 6000711 |
| 06/24/10 | 01 | DOCUMENT PRODUCTION | 0.14 * | B | 0240 | 6000710 |
| 06/24/10 | 01 | DOCUMENT PRODUCTION | 1.40 * | B | 0240 | 6000712 |
| 06/24/10 | 01 | DOCUMENT PRODUCTION | 0.28 * | B | 0240 | 6000713 |
| 06/24/10 | 01 | DOCUMENT PRODUCTION | 1.54 * | B | 0240 | 6000714 |
| 06/25/10 | 01 | DOCUMENT PRODUCTION | 49.14 * | B | 0240 | 6001436 |
| 07/08/10 | 01 | DOCUMENT PRODUCTION | 0.28 * | B | 0240 | 6004467 |
| 07/08/10 | 01 | DOCUMENT PRODUCTION | 10.50 * | B | 0240 | 6004468 |
| 07/08/10 | 01 | DOCUMENT PRODUCTION | 3.64 * | B | 0240 | 6004469 |
| 07/08/10 | 01 | DOCUMENT PRODUCTION | 3.64 * | B | 0240 | 6004470 |
| 07/09/10 | 01 | DOCUMENT PRODUCTION | 0.14 * | B | 0240 | 6004891 |
| 07/09/10 | 01 | DOCUMENT PRODUCTION | 17.64 * | B | 0240 | 6004892 |
| 07/09/10 | 01 | DOCUMENT PRODUCTION | 19.60 * | B | 0240 | 6004893 |
| 07/09/10 | 01 | DOCUMENT PRODUCTION | 15.12 * | B | 0240 | 6004894 |
| 07/09/10 | 01 | DOCUMENT PRODUCTION | 25.48 * | B | 0240 | 6004895 |

*Handwritten annotation:* motion to compel / motions to dismiss / sanctions

*Handwritten annotation:* Exhibit 1, Page 2 of 9 Pages

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 45 (45)


07/12/10 01      DOCUMENT PRODUCTION                          0.42 *   B   0240           6005240
07/12/10 01      DOCUMENT PRODUCTION                         31.64 *   B   0240           6005241
07/12/10 01      DOCUMENT PRODUCTION                         12.74 *   B   0240           6005242
07/12/10 01      DOCUMENT PRODUCTION                         12.88 *   B   0240           6005243
07/26/10 01      DOCUMENT PRODUCTION                          2.66 *   B   0240           6009585
07/27/10 01      DOCUMENT PRODUCTION                          9.52 *   B   0240           6009898
07/28/10 01      DOCUMENT PRODUCTION                          6.44 *   B   0240           6010105
08/04/10 01      DOCUMENT PRODUCTION                         10.22 *   B   0240           6011962
08/04/10 01      DOCUMENT PRODUCTION                          4.20 *   B   0240           6011963
08/09/10 01      DOCUMENT PRODUCTION                         10.50 *   B   0240           6012770
08/09/10 01      DOCUMENT PRODUCTION                          1.96 *   B   0240           6012771
08/09/10 01      DOCUMENT PRODUCTION                          7.28 *   B   0240           6012772
08/09/10 01      DOCUMENT PRODUCTION                          0.56 *   B   0240           6012773
08/09/10 01      DOCUMENT PRODUCTION                          1.82 *   B   0240           6012774
08/09/10 01      DOCUMENT PRODUCTION                          3.78 *   B   0240           6012775
08/10/10 01      DOCUMENT PRODUCTION                         33.18 *   B   0240           6013083
08/11/10 01      DOCUMENT PRODUCTION                          6.44 *   B   0240           6013262
08/11/10 01      DOCUMENT PRODUCTION                         28.00 *   B   0240           6013263
08/16/10 01      DOCUMENT PRODUCTION                          3.92 *   B   0240           6014158
08/16/10 01      DOCUMENT PRODUCTION                          2.38 *   B   0240           6014159
08/16/10 01      DOCUMENT PRODUCTION                          1.12 *   B   0240           6014160
08/16/10 01      DOCUMENT PRODUCTION                         17.64 *   B   0240           6014161
08/16/10 01      DOCUMENT PRODUCTION                          3.08 *   B   0240           6014162
08/20/10 01      DOCUMENT PRODUCTION                          3.64 *   B   0240           6015562
08/24/10 01      DOCUMENT PRODUCTION                          0.56 *   B   0240           6016243
08/24/10 01      DOCUMENT PRODUCTION                          2.24 *   B   0240           6016244
08/26/10 01      DOCUMENT PRODUCTION                          1.54 *   B   0240           6018095
08/26/10 01      DOCUMENT PRODUCTION                          1.82 *   B   0240           6018096
08/26/10 01      DOCUMENT PRODUCTION                          0.28 *   B   0240           6018097
08/26/10 01      DOCUMENT PRODUCTION                          0.14 *   B   0240           6018098
08/26/10 01      DOCUMENT PRODUCTION                         34.58 *   B   0240           6018099
08/27/10 01      DOCUMENT PRODUCTION                          4.20 *   B   0240           6018390
08/27/10 01      DOCUMENT PRODUCTION                          0.42 *   B   0240           6018391
08/27/10 01      DOCUMENT PRODUCTION                          3.50 *   B   0240           6018392
08/27/10 01      DOCUMENT PRODUCTION                         10.78 *   B   0240           6018393
08/27/10 01      DOCUMENT PRODUCTION                          8.40 *   B   0240           6018394
08/27/10 01      DOCUMENT PRODUCTION                          6.44 *   B   0240           6018395
08/30/10 01      DOCUMENT PRODUCTION                          3.36 *   B   0240           6018724
08/30/10 01      DOCUMENT PRODUCTION                          8.82 *   B   0240           6018725
08/30/10 01      DOCUMENT PRODUCTION                          1.68 *   B   0240           6018726
08/30/10 01      DOCUMENT PRODUCTION                         14.42 *   B   0240           6018727
08/30/10 01      DOCUMENT PRODUCTION                        122.78 *   B   0240           6018728
09/09/10 01      DOCUMENT PRODUCTION                          0.42 *   B   0240           6021060
09/15/10 01      DOCUMENT PRODUCTION                          4.06 *   B   0240           6022193
09/16/10 01      DOCUMENT PRODUCTION                          6.16 *   B   0240           6022422
09/16/10 01      DOCUMENT PRODUCTION                          8.12 *   B   0240           6022423
09/24/10 01      DOCUMENT PRODUCTION                          1.68 *   B   0240           6024314
09/29/10 01      DOCUMENT PRODUCTION                          0.42 *   B   0240           6025346
09/30/10 01      DOCUMENT PRODUCTION                          9.10 *   B   0240           6025630
10/05/10 01      DOCUMENT PRODUCTION                          1.12 *   B   0240           6026831
10/05/10 01      DOCUMENT PRODUCTION                        116.06 *   B   0240           6026832
10/05/10 01      DOCUMENT PRODUCTION                         29.12 *   B   0240           6026833
10/06/10 01      DOCUMENT PRODUCTION                          3.78 *   B   0240           6027124
10/07/10 01      DOCUMENT PRODUCTION                          0.28 *   B   0240           6027484
```

[Handwritten annotation: "motions to dismiss/sanctions" with bracket grouping all entries]

[Handwritten: "Exhibit 1, Page 3 of 9 Pages"]

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 46 (46)


10/07/10 01      DOCUMENT PRODUCTION                                 8.82 *   B   0240          6027482
10/07/10 01      DOCUMENT PRODUCTION                                 3.36 *   B   0240          6027476
10/07/10 01      DOCUMENT PRODUCTION                                 7.00 *   B   0240          6027477
10/07/10 01      DOCUMENT PRODUCTION                                 4.34 *   B   0240          6027478
10/07/10 01      DOCUMENT PRODUCTION                                 5.88 *   B   0240          6027479
10/07/10 01      DOCUMENT PRODUCTION                                16.80 *   B   0240          6027480
10/07/10 01      DOCUMENT PRODUCTION                                 6.30 *   B   0240          6027481
10/08/10 01      DOCUMENT PRODUCTION                                78.68 *   B   0240          6027744
10/08/10 01      DOCUMENT PRODUCTION                                82.18 *   B   0240          6027746
10/11/10 01      DOCUMENT PRODUCTION                                 5.46 *   B   0240          6028020
10/20/10 01      DOCUMENT PRODUCTION                                 3.92 *   B   0240          6030636
10/21/10 01      DOCUMENT PRODUCTION                                 7.98 *   B   0240          6030873
11/23/10 01      DOCUMENT PRODUCTION                                31.92 *   B   0240          6039048
11/30/10 01      DOCUMENT PRODUCTION                                 0.14 *   B   0240          6040782
12/28/10 01      DOCUMENT PRODUCTION                                 0.42 *   B   0240          6047160
12/28/10 01      DOCUMENT PRODUCTION                                 4.34 *   B   0240          6047161
TOTAL:   01      DOCUMENT PRODUCTION                              2419.60

02/04/10 168     FEE - COURT DOCKET SEARCH - COURTTRAX              12.00 *   B   0240          5965629
02/04/10 168     FEE - COURT DOCKET SEARCH - ACCURINT               10.45 *   B   0240          5964764
04/09/10 168     FEE - COURT DOCKET SEARCH - COURTTRAX              14.40 *   B   0240          5988648
04/26/10 168     FEE - COURT DOCKET SEARCH - COURTTRAX              14.40 *   B   0240          5988649
05/19/10 168     FEE - COURT DOCKET SEARCH - COURTTRAX               7.20 *   B   0240          5995537
TOTAL:   168     FEE - COURT DOCKET SEARCH                          58.45

02/18/10 17H     SERVICE OF SUBPOENA - PAID TO- PITT STEELHEAD      49.95 *   B   0240  657003  5957874
                 LLC (GUARANTEED SUBPOENA) - PROCESS SERVICE ON
                 DAN GOODRICH
02/24/10 17H     SERVICE OF SUBPOENA - PAID TO- PITT STEELHEAD      49.95 *   B   0240  657511  5960127
                 LLC (GUARANTEED SUBPOENA) - SERVICE TO KOLISCH
                 HARTWELL PC - RECORDS CUSTODIAN
04/06/10 17H     SERVICE OF SUBPOENA - PAID TO- PITT STEELHEAD     169.90 *   B   0240  660168  5976856
                 LLC (GUARANTEED SUBPOENA) - PROCESS SERVICE ON
                 RICK CLARK, AND BRENDA NIMM
04/19/10 17H     SERVICE OF SUBPOENA - PAID TO- PITT STEELHEAD      59.95 *   B   0240  662959  5990345
                 LLC (GUARANTEED SUBPOENA)  - SUBPOENA SERVICE
                 ON PALAZZO CUSTOM HOMES LLC AND ATTEMPTED
                 SERVICE ON RANDY PALAZZO AND CHARLES STONE
TOTAL:   17H     SERVICE OF SUBPOENA                               329.75

01/14/10 19      WITNESS FEE AND MILEAGE - PAID TO- SUNTEL HOME     46.00     B   0240  654503  5943427  -952
                 DESIGN, INC.- FOR 952 MATTER
01/14/10 19      WITNESS FEE AND MILEAGE - PAID TO- SUNTEL HOME     46.00     B   0240  654504  5943428
                 DESIGN, INC. - FOR 1005 MATTER
01/14/10 19      WITNESS FEE AND MILEAGE - PAID TO- FULLER          44.50     B   0240  654505  5943429
                 ARCHITECTURE ENGINEERING, LLC - FOR 1005 MATTER
01/14/10 19      WITNESS FEE AND MILEAGE - PAID TO- FULLER          44.50     B   0240  654506  5943430  -952
                 ARCHITECTURE ENGINEERING, LLC - FOR 952 MATTER
02/01/10 19      - TO HARVARD REAL ESTATE -952                      45.00     B   0240  655600  5949725  -952
02/01/10 19      WITNESS FEE AND MILEAGE - PAID TO- PALAZZO         45.00     B   0240  655601  5949726
                 CUSTOM HOMES - TO HARVARD REAL ESTATE GROUP-
                 1005
02/01/10 19      WITNESS FEE AND MILEAGE - PAID TO- HARVARD REAL    45.00     B   0240  655602  5949727
                 ESTATE GROUP  -1005
```

[Handwritten annotation bracketing the DOCUMENT PRODUCTION entries:] motion for Dismissal & sanctions - materials relating to deposition questions pursuant to court order

[Handwritten at bottom right:] Exhibit 1 Page 4 of 9 Pages

DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 47 (47)

| Date | | Description | Amount | | Code | Ref1 | Ref2 | Note |
|---|---|---|---|---|---|---|---|---|
| 02/01/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- HARVARD REAL ESTATE GROUP- 952 | 45.00 | B | 0240 | 655603 | 5949728 | —952 |
| 02/16/10 | 19 | Reversal from Void Check Number: 198860 Bank ID: 32 Voucher ID: 656596 Vendor: DESIGN PROVIDENCE LLC | (40.00) | BNP | 0240 | 656688 | 5955655 | |
| 02/16/10 | 19 | Reversal from Void Check Number: 198861 Bank ID: 32 Voucher ID: 656597 Vendor: FULLER ARCHITECTURE ENGINEERING, LLC | (40.00) | BNP | 0240 | 656689 | 5955656 | |
| 02/16/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- FULLER ARCHITECTURE ENGINEERING, LLC | 40.00 | BNP | 0240 | 656597 | 5955164 | |
| 02/16/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- ICON ARCHITECTURE/PLANNING, INC. | 40.00 | B | 0240 | 656595 | 5955162 | —952 |
| 02/16/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- DESIGN PROVIDENCE LLC | 40.00 | BNP | 0240 | 656596 | 5955163 | |
| 02/17/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- FULLER ARCHITECTURE ENGINEERING, LLC - WITNESS FEE FOR WILLIAM FULLER | 40.00 | B | 0240 | 656642 | 5955477 | |
| 02/24/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- DAVID COOPER AND KOLISCH HARTWELL, P.C. - WITNESS FEE AND MILEAGE FOR SUBPEONA DUCES TECUM TO KOLISCH HARTWELL PC | 41.00 | B | 0240 | 657169 | 5958791 | —952 |
| 04/05/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- BRENDA NIMM - WITNESS AND MILEAGE FEES FOR BRENDA NIMM FOR DEPOSITION OF 952 CASE | 39.75 | B | 0240 | 659849 | 5974057 | —952 |
| 04/05/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- RICK CLARK - WITNESS AND MILEAGE FEES FOR RICK CLARK FOR DEPOSITION IN 1005 CASE | 35.75 | B | 0240 | 659846 | 5974054 | |
| 04/05/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- BRENDA NIMM - WITNESS AND MILEAGE FEES FOR BRENDA NIMM FOR DEPOSITION IN 1005 CASE | 39.75 | B | 0240 | 659847 | 5974055 | |
| 04/05/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- RICK CLARK - WITNESS AND MILEAGE FEES FOR RICK CLARK FOR DEPOSITION IN 952 CASE | 35.75 | B | 0240 | 659845 | 5974053 | —952 |
| 04/13/10 | 19 | Reversal from Void Check Number: 200860 Bank ID: 32 Voucher ID: 660265 Vendor: BRANTLEY SHUMAKER | (41.00) | BNP | 0240 | 662141 | 5986091 | |
| 04/13/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- BRANTLEY SHUMAKER | 41.00 | B | 0240 | 660263 | 5977184 | |
| 04/13/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- BRANTLEY SHUMAKER | 41.00 | B | 0240 | 660264 | 5977185 | |
| 04/13/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- BRANTLEY SHUMAKER | 41.00 | BNP | 0240 | 660265 | 5977186 | |
| 04/13/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- JOSEPH ALAN MOHR | 41.00 | B | 0240 | 660266 | 5977187 | |
| 04/13/10 | 19 | WITNESS FEE AND MILEAGE - PAID TO- JOSEPH ALAN MOHR | 41.00 | B | 0240 | 660267 | 5977188 | |
| 04/13/10 | 19 | Reversal from Void Check Number: 200856 Bank ID: 32 Voucher ID: 660267 Vendor: JOSEPH ALAN MOHR | (41.00) | B | 0240 | 674785 | 6040367 | |
| 04/13/10 | 19 | Reversal from Void Check Number: 200857 Bank ID: 32 Voucher ID: 660266 Vendor: JOSEPH ALAN MOHR | (41.00) | B | 0240 | 674786 | 6040368 | |
| 04/13/10 | 19 | Reversal from Void Check Number: 200858 Bank ID: 32 Voucher ID: 660263 | (41.00) | B | 0240 | 674787 | 6040369 | |

Exhibit 1
Page 5 of 9 Pages

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 48 (48)


                   Vendor: BRANTLEY SHUMAKER
04/13/10 19        Reversal from Void Check Number: 200859         (41.00)    B    0240  674788   6040370
                   Bank ID: 32 Voucher ID: 660264
                   Vendor: BRANTLEY SHUMAKER
04/14/10 19        WITNESS FEE AND MILEAGE - PAID TO- CHARLES       43.00    B    0240  660344   5977778
                   STONE - 1005 CASE
04/14/10 19        WITNESS FEE AND MILEAGE - PAID TO- RANDY         43.00    B    0240  660345   5977789
                   PALAZZO - 952 CASE
04/14/10 19        WITNESS FEE AND MILEAGE - PAID TO- RANDY         43.00    B    0240  660337   5977588
                   PALAZZO
04/14/10 19        WITNESS FEE AND MILEAGE - PAID TO- CHARLES       43.00    B    0240  660343   5977774
                   STONE - 952 CASE
04/14/10 19        Reversal from Void Check Number: 201024         (43.00)    B    0240  663953   5995609
                   Bank ID: 32 Voucher ID: 660343
                   Vendor: CHARLES STONE
04/14/10 19        Reversal from Void Check Number: 201025         (43.00)    B    0240  663954   5995610
                   Bank ID: 32 Voucher ID: 660344
                   Vendor: CHARLES STONE
04/14/10 19        Reversal from Void Check Number: 201022         (43.00)    B    0240  663955   5995611
                   Bank ID: 32 Voucher ID: 660337
                   Vendor: RANDY PALAZZO
04/14/10 19        Reversal from Void Check Number: 201023         (43.00)    B    0240  663956   5995612
                   Bank ID: 32 Voucher ID: 660345
                   Vendor: RANDY PALAZZO
04/15/10 19        WITNESS FEE AND MILEAGE - PAID TO- PALAZZO       43.00    B    0240  660349   5978022  — 952
                   CUSTOM HOMES WITNESS AND MILEAGE FEES FOR
                   SUBPOENA TO 30B6 FOR PALAZZO CUSTOME HOMES -
                   952 CASE
04/15/10 19        WITNESS FEE AND MILEAGE - PAID TO- PALAZZO       43.00    B    0240  660350   5978023
                   CUSTOM HOMES  - WITNESS AND MILEAGE FEES FOR
                   SUBPOENA TO 30B6 FOR PALAZZO CUSTOME HOMES -
                   1005 CASE
TOTAL:   19        WITNESS FEE AND MILEAGE                         719.00

10/21/10 22        COURT REPORTER EXPENSE - DENNIS R. GRUBE -      224.75    B    0240  672621   6031677
                   TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE
                   JOHN JELDERKS
TOTAL:   22        DEPOSITION EXPENSE                              224.75

05/28/10 24        CHARGE FOR TRANSCRIPT(S) - PAID TO- DENNIS      211.25    B    0240  663322   5992086
                   APPODACA - TRANSCRIPT OF PHONE CONFERENCE WITH
                   COURT RE DEISCOVERY MATTERS
09/10/10 24        CHARGE FOR TRANSCRIPT(S) - NORTHWEST CERTIFIED  168.00    B    0240  669906   6021620
                   COURT REPORTERS, INC. TRANSCRIPT OF MOTIONS
10/11/10 24        CHARGE FOR TRANSCRIPT(S) - BONITA J SHUMWAY -    81.20    B    0240  672121   6029762
                   TRANSCRIPT OF MOTION HEARING ON 10/07/10 BEFORE
                   JUDGE JELDERKS
TOTAL:   24        CHARGE FOR TRANSCRIPT(S)                        460.45

02/25/10 41        AIR EXPRESS SHIPMENT(S) TO - PAID TO- FEDERAL    12.67    B    0240  658049   5963724
                   EXPRESS - PRIORITY OVERNIGHT DELIVERY TO BO
                   ROBINSON OF DESIGN PROVIDENCE LLC IN CLACKAMAS
                   OR 97015
TOTAL:   41        AIR EXPRESS SHIPMENT(S) TO                       12.67
```

Exhibit 1
Page 6 of 7 Pages

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 49 (49)


08/30/10 42    OUTSIDE MESSENGER SERVICE - MERCURY PDX LLC -      5.43 *   B    0240  669856   6021567
               LOCAL DELIVERY TO SCHWABE WILLIAMSON WYATT
11/30/10 42    OUTSIDE MESSENGER SERVICE - MERCURY PDX LLC -      4.61 *   B    0240  675062   6041951
               MESSENGER SERVICE TO SCHWABE WILLIAMSON WYATT
TOTAL:   42    OUTSIDE MESSENGER SERVICE                         10.04

05/11/10 50    MEALS - PAID TO- PARADISE BAKERY INC  - LUNCH      8.30     B    0240  663039   5990766
               FOR LAURA TAYLOR
05/11/10 50    MEALS - PAID TO- PETTY CASH - DRINKS FOR CLIENT    0.00    BNP 0240  664904   6000766
               MEETING
05/12/10 50    MEALS - PAID TO- PARADISE BAKERY INC  - LUNCH      8.30     B    0240  663041   5990775
               MEETING - LAURA TAYLOR
05/12/10 50    MEALS - PAID TO- PETTY CASH - DRINKS FOR CLIENT    0.00    BNP 0240  664904   6000767
               MEETING
TOTAL:   50    MEALS                                             16.60

09/24/09 65    OUTGOING FACSIMILE (TELECOPY) EXPENSE ROMAN        1.00 *   B    0240           5904321
               OZERUGA
TOTAL:   65    OUTGOING FACSIMILE (TELECOPY) EXPENSE              1.00

11/09/09 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW          77.75 *  B    0240           5932414
11/23/09 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW         113.71 *  B    0240           5932415
12/01/09 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW           4.43 *  B    0240           5930905
02/06/10 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW           9.65 *  B    0240           5954055
04/22/10 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW         136.60 *  B    0240           5982489
05/23/10 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW          13.03 *  B    0240           5992810
05/27/10 68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW          26.97 *  B    0240           5992811
TOTAL:   68    COMPUTERIZED LEGAL RESEARCH-LEXIS/WESTLAW         382.14

01/20/10 69    SERVICE FEE - PAID TO- PITT STEELHEAD LLC         149.90    B    0240  655245   5947811
               (GUARANTEED SUBPOENA) - SERVE TWO SUBPOENAS TO
               SUNTEL HOME DESIGN INC AND TWO SUBPOENAS TO
               FULLER ARCHITECTURE ENGINEERING LLC
TOTAL:   69    SERVICE FEE                                      149.90

10/27/09 84    DOCUMENT PRODUCTION - PAID TO- IKON DOCUMENT       51.00    B    0240  649592   5917229 — No
               SERVICES - COPIES
01/07/10 84    DOCUMENT PRODUCTION - PAID TO- STREAMLINE         116.00    B    0240  654400   5942572 — for Discovery responses
               IMAGING  - B&W OVERSIZE COPIES
01/14/10 84    DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY        134.73    B    0240  659077   5969159 — Discovery responses
               LEGAL - 140 QTY BXW BLOWBACKS - 70 QTY COLOR
               BLOWBACKS - 11 QTY 11X17 BLOWBACKS - 72 QTY
               OVERSIZE BXW COPIES - PALAZZO V UHD
01/15/10 84    DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY         97.29    B    0240  656075   5952561 — Discovery responses
               LEGAL - COPIES
01/22/10 84    DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY        196.66    B    0240  655519   5949282 — Discovery responses
               LEGAL - 390 QTY SCANNING - 42 OVERSIZE SCANNING
               - 397 QTY ELECTRONIC NUMBERING 9UHD000001-397
               CASE 952 - ELECTRONIC ANNOTATION - CD CREATION
               VOLUME 9UHD01
02/03/10 84    DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY        111.29    B    0240  656076   5952562 — Discovery responses
               LEGAL - COPIES
02/08/10 84    DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY          6.87    B    0240  659075   5969157 — Discovery responses
```

Exhibit 1
Page 7 of 9 Pages

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 50 (50)
```

| Date | Code | Description | Amount | | Acct | Ref1 | Ref2 | Annotation |
|---|---|---|---|---|---|---|---|---|
| | | LEGAL - CASE 1005 UHD PRODUCTION - 14 QTY ELECTRONIC NUMBERING 1UHD000396-409 - 3 QTY ELECTRONIC ANNOTATION - 14 QTY .TIFF CONVERSION | | | | | | |
| 03/08/10 | 84 | DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY | 110.00 | B | 0240 | 659130 | 5969494 | — for Discovery responses |
| | | LEGAL - CASE 1005 - UHD PRODUCTION - SCANNING WITH ELECTRONIC NUMBERING 1UHD000410-000449 - CD CREATION 1UHD05 | | | | | | |
| 03/08/10 | 84 | DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY | 235.86 | B | 0240 | 659132 | 5969496 | — discovery responses |
| | | LEGAL - WILLIAM FULLER PRODUCTION IN RESPONSE TO SUBPOENA - SCANNING WITH ELECTRONIC NUMBERING WFA00000-00730 AND CD CREATION WFA01 - ORIGINALS FROM SCHWABE WILLIAMSON WYATT | | | | | | |
| 04/19/10 | 84 | DOCUMENT PRODUCTION - PAID TO- JULIA BATDORFF - COPIES FROM COURTHOUSE | 27.75 | B | 0240 | 660660 | 5979572 | — for depositions |
| 04/27/10 | 84 | DOCUMENT PRODUCTION - PAID TO- STATE OF OREGON - COPIES FROM COURT FILE ON OTHER PALAZZO CASES | 66.50 | B | 0240 | 661268 | 5982144 | — for depositions |
| 04/29/10 | 84 | DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY LEGAL - 155 QTY SCANNED EXHIBITS 1-37 AND 31 QTY SCANNIN OVERSIZE BXW | 46.19 | B | 0240 | 663809 | 5994166 | — Discovery responses |
| 05/05/10 | 84 | DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY LEGAL - 155 QTY SCANNED EXHIBITS #1-37 AND 31 QTY BLACK AND WHITE OVERSIZE SCANNING | 46.19 | B | 0240 | 661976 | 5985292 | — discovery responses |
| 05/10/10 | 84 | DOCUMENT PRODUCTION - PAID TO- BRIDGE CITY LEGAL - COPIES | 43.89 | B | 0240 | 662444 | 5987538 | — Discovery responses |
| 05/19/10 | 84 | DOCUMENT PRODUCTION - PAID TO- JULIA BATDORFF - COPIES FROM COURTHOUSE- DEPOSITION EXHIBITS | 83.25 | B | 0240 | 662791 | 5989528 | — for depositions |
| TOTAL: | 84 | DOCUMENT PRODUCTION | 1373.47 | | | | | |
| 06/30/10 | 97 | COMPUTERIZED LEGAL RESEARCH - PACER SERVICE CENTER JUNE 2010 PACER CHARGES | 0.48 | B | 0240 | 668057 | 6013670 | |
| 10/29/10 | 97 | COMPUTERIZED LEGAL RESEARCH - WEST PUBLISHING CORPORATION - OCT 2010 CHARGES | 15.17 | B | 0240 | 674764 | 6040282 | — for motion to dismiss/sanctions |
| TOTAL: | 97 | COMPUTERIZED LEGAL RESEARCH | 15.65 | | | | | |
| 07/01/10 | 98 | PUBLIC RECORDS SEARCH - PACER SERVICE CENTER - JULY 2010 ONLINE SEARCHES | 3.52 | B | 0240 | 668544 | 6015338 | |
| 08/01/10 | 98 | PUBLIC RECORDS SEARCH - COURTHOUSE NEWS SERVICE - DOWNLOADED DOCUMENTS FROM MULT COUNTY CIRCUIT COURT | 37.00 | B | 0240 | 668298 | 6014296 | — for motion to dismiss/sanctions |
| 08/27/10 | 98 | PUBLIC RECORDS SEARCH - COURTTRAX CORPORATION AUGUST 2010 PUBLIC RECORDS SEARCH | 10.80 | B | 0240 | 670912 | 6024788 | — for motion to dismiss/sanctions |
| 09/20/10 | 98 | PUBLIC RECORDS SEARCH - PACER SERVICE CENTER - AUG 2010 ONLINE PUBLIC RECORDS SEARCHES | 3.92 | B | 0240 | 670911 | 6024696 | |
| 09/23/10 | 98 | PUBLIC RECORDS SEARCH - COURTTRAX CORPORATION - SEPT 2010 RECORDS REQUESTED FROM OREGON STATE CIRCUIT | 36.00 | B | 0240 | 671972 | 6029100 | — for motion to dismiss/sanctions |
| 10/06/10 | 98 | PUBLIC RECORDS SEARCH - COURTTRAX CORPORATION - PUBLIC RECORDS SEARCHES- OCT 2010 | 14.40 | B | 0240 | 674891 | 6040540 | — for motion to dismiss/sanctions |
| 10/31/10 | 98 | PUBLIC RECORDS SEARCH - PACER SERVICE CENTER OCTOBER 2010 ONLINE SEARCHES | 5.28 | B | 0240 | 674688 | 6039793 | |
| 11/30/10 | 98 | PUBLIC RECORDS SEARCH - PACER SERVICE CENTER - PACER SEARCHES- NOV 2010 | 4.96 | B | 0240 | 676229 | 6046132 | |
| TOTAL: | 98 | PUBLIC RECORDS SEARCH | 115.88 | | | | | |

Exhibit 1
Page 8 of 9 Pages

```
DATE: 01/03/11 11:08:04 RECAP PRO FORMA FOR WORK DATES 010100 TO 123110 FOR FILE (34386-70000) URBAN HOUSING/PALAZZO Page 51 (51)


11/16/09  AMC      IKON COLOR DOCUMENT PRODUCTION                    19.00       B    0240         5922812
02/04/10  AMC      IKON COLOR DOCUMENT PRODUCTION                    84.00       B    0240         5951602
10/07/10  AMC      IKON COLOR DOCUMENT PRODUCTION                    57.00       B    0240         6027483
10/08/10  AMC      IKON COLOR DOCUMENT PRODUCTION                    64.00       B    0240         6027745
TOTAL:    AMC      IKON COLOR DOCUMENT PRODUCTION                   224.00

12/31/09  CIS      PUBLIC RECORDS SEARCH - PACER                      1.04 *     B    0240         5944863
03/31/10  CIS      PUBLIC RECORDS SEARCH - PACER                      1.92 *     B    0240         5978738
05/31/10  CIS      PUBLIC RECORDS SEARCH - PACER                      1.60 *     B    0240         5998107
TOTAL:    CIS      PUBLIC RECORDS SEARCH                              4.56

07/09/10  PTSCD    CD CREATION - CREATE PALAZZO VIDEO CLIP CDS AS     0.00      BNP   0240         6006216
                   EXHIBITS TO ACCOMPANY MOTION TO THE COURT
TOTAL:    PTSCD    CD CREATION                                        0.00

03/11/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT     51.04       B    0240         5969760
                   FULLER PST FILE FROM NATIVE TO IMAGE FORMAT
03/17/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT     13.54       B    0240         5969771
                   ICON EMAIL FROM NATIVE TO IMAGE FORMAT
03/25/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT      0.04       B    0240         5972904
                   PAL005587 AND PAL009235 FROM PDF TO TIFF FORMAT
03/29/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT     83.78       B    0240         5972908
                   ICON EMAIL FROM NATIVE TO IMAGE FORMAT
                   (BHBICON02)
03/29/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT      4.30       B    0240         5972909
                   SUPPLEMENTAL PAL PRODUCTION FROM PDF TO TIFF
                   FORMAT (PAL04_3-26-10)
04/23/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT      0.28       B    0240         5983352
                   REPLACEMENT PAL DOCUMENTS AND SUPPLEMENTAL
                   PRODUCTION FROM PDF TO TIFF FORMAT
                   (1PAL9_04-20-2010)
05/12/10  PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF - CONVERT      0.20       B    0240         5990859
                   SUPPLEMENTAL PAL PRODUCTION FROM PDF TO TIFF
                   FORMAT (1PAL10_5-12-10)
TOTAL:    PTSCPT   IMAGE CONVERSION FROM .PDF OR .TIFF               153.18

05/24/10  PTSDVD   DVD CREATION - DUPLICATE PALAZZO VIDEOTAPE        40.00       B    0240         5992328
                   DEPOSITION FOR CLIENT
TOTAL:    PTSDVD   DVD CREATION                                      40.00

01/14/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -     11.65       B    0240         5947087
                   OCR PROCESS FIRST PLAINTIFF PRODUCTIONS
                   (PAL01_1-13-10) FOR CASE 952 AND OCR PROCESS
                   SEPARATE PLAINTIFF PRODUCTION FOR CASE 1005
01/19/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -     21.95       B    0240         5947093
                   OCR PROCESS CDA PRODUCTION AND 1UHD PRODUCTION
01/25/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -     19.85       B    0240         5950735
                   OCR PROCESS 9UHD01
02/03/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -      0.40       B    0240         5954438
                   OCR PROCESS 1SR01
02/03/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -      7.75       B    0240         5954439
                   OCR PROCESS 9UHD02 AND 9SR01
02/05/10  PTSOCR   DOCUMENT CONVERSION TO OCR (PAPER & NATIVE) -    290.25       B    0240         5954440
                   OCR PROCESS 1PAL02 AND 1PAL03
```

*discovery* (handwritten annotation bracketing discovery entries)

Exhibit 1
Page 9 of 9 Pages