FILED' 11 APR 20 15:42 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PALAZZO VINTAGE HOMES, LLC, an Oregon company, | CV 09-952-JE |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| URBAN HOUSING DEVELOPMENT, LLC, an Oregon company, STEWARDSHIP REALTY, LLC, an Oregon company, DEZ DRAFTING & DESIGN, LLC, an Oregon company, VLADIMIR OZERUGA, an individual, E & O VENTURES, LLC, an Oregon company, and SLAVIK DEZHNYUK, an individual, | |
| Defendants. | |

REDDEN, Judge:

On March 28, 2011, Magistrate Judge John Jelderks filed his Findings and

PAGE 1 - OPINION AND ORDER

Recommendation (doc. 125) that the court grant defendants' request for costs in the amount of $711.25, but deny their request for attorney fees under the Copyright Act, 17 U.S.C. § 505, and the Lanham Act, 15 U.S.C. § 1117(a)..

The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). Neither party timely filed objections. This relieves me of my obligation to review Magistrate Judge Jelderks' factual findings de novo. 28 U.S.C. § 636(b)(1)(C); see also Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (doc. 109) as my own opinion. I GRANT defendants' request to recover costs in the amount of $711.25 (doc. 118), and DENY defendants' request for attorney fees (doc. 115).

IT IS SO ORDERED.

DATED this 20 day of April, 2011.

/s/ James A. Redden
James A. Redden
United States District Judge

PAGE 2 - OPINION AND ORDER